IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

(Electronically Filed on May 6, 2022)

--------------------------------------------------------
CELLEBRITE, INC.                                      )
                                                      )
                         Plaintiff,                   )
                                                      )
v.                                                    )          Case No. __22-508 C__
                                                      )
THE UNITED STATES                                     )          Judge _____
                                                      )
                         Defendant.                   )
--------------------------------------------------------

**Rule 7.1 Disclosure Statement**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff,

Cellebrite, Inc., hereby states that it is a wholly owned subsidiary of Cellebrite DI Ltd., a

publicly held corporation.

Dated:  May 6, 2022                    Respectfully submitted,

                                       s/ Aron C. Beezley
                                       Aron C. Beezley
                                       Bradley Arant Boult Cummings LLP
*Of Counsel*:                          1615 L Street NW, Suite 1350
                                       Washington, DC 20036
Patrick R. Quigley                     E-mail: abeezley@bradley.com
Nathaniel J. Greeson                   Telephone:  (202) 719-8254
Bradley Arant Boult Cummings LLP       *Attorney of Record for Cellebrite, Inc.*